**FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, a corporation, Plaintiff–counter–defendant–Appellant,**

v.

**Mary MCKEATING; Gloria Dewolf; Stephan Schambach; Dale Spatz; Ron Coombs; Markel American Insurance Company, a corporation, Defendants–Appellees,**

**Robert McKeating; Frank Dewolf, Defendants–cross–defendants–Appellees,**

**Emeryville City Marina, Defendant–counter–claimant–Appellee.**

Nos. 04–17108, 04–17322.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 15, 2005.

Decided Aug. 2, 2005.

Stanley L. Gibson, Esq., Marker E. Lovell, Esq., Gibson Robb & Lindh LLP, San Francisco, CA, for Plaintiff–Counter–Defendant–Appellant.

Mary McKeating, Emeryville, CA, pro se.

William E. Vaughan, Esq., Law Offices, Oakland, CA, Thomas C. Burch, Tarkington O'Neill Barrack & Chong, San Francisco, CA, for Defendants–Appellees.

Steven R. Anthony, Esq., Anthony & Carlson, LLP, Oakland, CA, for Defendants–Cross–Defendants–Appellees.

Frederick J. Carr, Esq., Cox Wootton Griffin Hansen & Poulos, San Francisco, CA, for Defendant–Counter–Claimant–Appellee.

Before: REAVLEY,* T.G. NELSON, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

For the reasons stated by the district court, we conclude that Firemen's Insurance Company has not shown that McKeating made any intentional misrepre-

---

* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

sentations or unintentional misrepresentations material to the risk.

AFFIRMED.

---

courts of this circuit except as provided by Ninth Cir. Rule 36–3.

